Case 2:07-cv-05696-CAS-MAN Document 160-3 Filed 01/25/10 Page 1 of 5

TONY WEST
United States Department of Justice
Assistant Attorney General
ELIZABETH J. STEVENS VSB 47445
Assistant Director, District Court Section
PATRICIA E. BRUCKNER NYSB 2632156
Trial Attorney, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 532-4325
    Facsimile:  (202) 616-8962
    E-mail: Patricia.Bruckner@usdoj.gov

Attorneys for Defendants.

JS-6

FILED
CLERK, U.S. DISTRICT COURT
APR - 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CAROLYN ROBB HOOTKINS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JANET NAPOLITANO, Secretary, U.S. Department of Homeland, et al., <br><br> Defendants. | Case No. CV07-05696 (CAS) <br><br> [~~PROPOS~~ED] FINAL ORDER AND JUDGMENT APPROVING CLASS ACTION SETTLEMENT |

[Proposed] Final Order and Judgment Approving Class Action Settlement CV07-05696 (CAS)

1  Before the Court is the Motion for Final Approval of
2  Proposed Class Action Settlement (the "Motion") filed by
3  Plaintiffs Carolyn Robb Hootkins, Ana Maria Moncayo-Gigax,
4  Suzanne Henriette De Mailly, Sara Cruz Vargas de Fisher, Raymond
5  Lockett, Elsa Cecilia Brenteson, Pauline Marie Gobeil, Rose
6  Freeda Fishman-Corman, Khin Thidar Win, Li Ju Lu, Purita Manuel
7  Poindexter, Tracy Lee Rudl, and Dieu Ngoc Nguyen, on behalf of
8  themselves, the Class and all Class Members and Defendants
9  (collectively, the "Settling Parties").

Having read and considered the Settlement Agreement and having held a hearing on the fairness of the proposed Settlement, at which objectors to the Settlement could appear, and based upon familiarity with the files and proceedings in this matter, the Court finds that:

1  The Final Judgment Order (the "Order") incorporates by reference the definitions in the Settling Parties' Stipulation and Agreement of Settlement and Release (the "Settlement Agreement"), and all terms used herein have the same meanings as set forth in that Settlement Agreement, unless otherwise defined herein.

2.  The Court has subject matter jurisdiction over this Action, the Class Representatives, the Class, and the Defendants.

3.  The Court preliminarily approved the Settlement Agreement by Order of March 1st, 2010.

[Proposed] Final Order and Judgment Approving Class Action Settlement CV07-05696 (CAS)

4. Notice of the proposed Settlement has been timely disseminated in accordance with the terms of the Preliminary Approval Order, which authorized such notice. Such notice satisfies the requirements of Rule 23(c)(2) of the Federal Rules of Civil Procedure and the due process requirement of the Fifth Amendment.

5. The issues as to liability and remedies in the Action are issues as to which there are substantial grounds for difference of opinion, and the proposed settlement of the Action constitutes a resolution of those issues that is fair, reasonable, and adequate to the Class Members.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

The Court hereby approves the Settlement set forth in the Settlement Agreement and finds that:

1. the Settlement Agreement is fair, reasonable, and adequate and in the best interests of the Class;
2. the Settlement Agreement has been negotiated at arm's length between competent, able counsel, and no collusion existed in connection with the Settlement Agreement;
3. the record is sufficiently developed and complete to have enabled Plaintiffs and Defendants to evaluate and consider their positions.

**IT IS FURTHER ORDERED** that the portions of the Order dated April 28, 2009 enjoining and mandating actions by Defendants in

adjudicating Class Members' Form I-130 Petitions and Applications for Adjustment of Status are vacated.

**IT IS FURTHER ORDERED** that the Settlement Agreement shall be consummated and implemented in accordance with its terms, which are hereby incorporated by reference herein.

**IT IS FURTHER ORDERED** that this Action and all claims asserted therein are hereby dismissed with prejudice. All parties and Class Members shall bear their own costs and fees except to the extent expressly provided in the Settlement Agreement or in this Final Order. All costs and expenses incurred in identifying and providing notice to the Class and administering the Settlement shall be paid as set forth in the Settlement Agreement.

**IT IS FURTHER ORDERED** that, without affecting the finality of this Final Judgment, the Court retains jurisdiction, as limited by Section V of the Settlement Agreement, over proceedings arising out of or related to this Settlement Agreement, and the Final Order.

**IT IS FURTHER ORDERED** that this Final Order and Judgment shall not be construed as or deemed to be evidence of an admission or concession as to any claim, defense, or prayer for relief alleged or asserted in this Action.

[Proposed] Final Order and Judgment Approving Class Action Settlement CV07-05696 (CAS)

There being no just reason for delay, this Final Order shall be deemed final and the Clerk of the Court is directed to enter this Final Order forthwith.

**IT IS SO ORDERED.**

Date: April 5, 2010

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE